No. 5090.—Sucesión de José S. Mandés Cintrón, Etc., aplda.-aplte., *v.* Sucesión de Alfonso G. Agüero Vázquez, Etc., aplte.-aplda.— Nov. 14, 1929. A la estipulación de las partes, de fecha 8 de octubre de 1929, para que una sola transcripción sea usada por ambas partes apelantes, como se pide.

El Juez Asociado Señor Wolf disintió, porque en su opinión el récord de cualquier apelación debe originarse no en la Corte Suprema, sino en la corte en que se celebró el juicio, y, por tanto, entiende que la estipulación radicada en este caso debió haberle sido sometida a la corte de distrito para su aprobación.

No. 5123.—Despiáu, aplte., *v.* Corte Municipal de Manatí, Etc., apldas.—C. D. Arecibo. Nov. 14, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Vista la moción presentada por Manuel Despiáu en el caso arriba titulado, así como la contestación de la Corte de Distrito de Arecibo a la orden para mostrar causa: estando este tribunal convencido de que es el deber de un apelante, aun en un procedimiento de *certiorari* instado en una corte de distrito, dar los pasos necesarios para perfeccionar su apelación en tal corte, se declara sin lugar la referida moción.

El Juez Asociado Señor Hutchison no intervino.